```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIGI GIROTTO,

                            **Plaintiff,**                  20-CV-02158 (MKV)(SN)

          -against-                                **ORDER**

MARGAUX NEW YORK, LLC, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 28, 2020, the Court issued an Order staying this case for 90 days to allow the parties to pursue settlement. The stay having expired, the parties are directed to file a joint letter informing the Court about the status of this case by Friday, November 06, 2020.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN

DATED:    New York, New York        United States Magistrate Judge
               October 30, 2020