```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

-against-

MARGAUX NEW YORK, LLC, a New York Limited Liability Company d/b/a MARGAUX-BLEECKER ST., BOP 387 BLEECKER STREET LLC, a Delaware Limited Liability Company,

                Defendant.

1:20-cv-2158

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       On November 5, 2020, the parties filed a letter informing the Court that they have reached a settlement [ECF No. 18]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 6, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: November 6, 2020
New York, NY

                _____
                **MARY KAY VYSKOCIL**
                **United States District Judge**